**UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA**

**CIVIL MINUTES - GENERAL**

| Case No. | LA CV11-10362 JAK (FMOx) | Date | February 24, 2012 |
|---|---|---|---|
| Title | Bradley Muelken v. Menzies Aviation, Inc., et al. | | |

| Present: The Honorable | JOHN A. KRONSTADT, UNITED STATES DISTRICT JUDGE |
|---|---|
| Andrea Keifer | Not Reported |
| Deputy Clerk | Court Reporter / Recorder |
| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
| Not Present | Not Present |

**Proceedings:** **(IN CHAMBERS) ORDER SETTING ORDER TO SHOW CAUSE RE DISMISSAL**

On February 23, 2012, plaintiff filed "Notice of Settlement" (Dkt. 10). The Court sets an Order to Show Cause re Dismissal for April 16, 2012 at 1:30 p.m. If the parties file a dismissal by April 12, 2012, the matter will be taken off calendar and no appearance by counsel will be required.

The February 27, 2012 scheduling conference and March 19, 2012 motion to dismiss (Dkt. 7) are vacated.

**IT IS SO ORDERED.**

Initials of Preparer   ak